UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN RE THE MATTER OF:

__Raheem Yusuf__
(Petitioner's name)

Case No. __14mj26-01/05__
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Raheem Yusuf__
(name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☒ criminal defendant
- ☐ grand jury witness
- ☐ trial witness
- ☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __2/12/14__

__[signature]__
Signature of Petitioner

**NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS:**
In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint counsel.

☐ Request Denied.

Date: __2/12/14__

__[signature]__
United States ~~Magistrate Judge~~ District Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)