

UNITED STATES PROBATION & PRETRIAL SERVICES
District of New Hampshire

# MEMORANDUM

DATE            February, 24, 2014

TO:             Steven J. McAuliffe
                U.S. District Judge

FROM:           Jennafer L. McNutt
                U.S. Probation Officer

RE:             Raheem Yusuf (1:14MJ00026-SM-2)

### Partially Assented to Motion to Amend Conditions of Release

The above-referenced defendant appeared in this Court on February 12, 2014 for an initial appearance and arraignment. Following that proceeding, the defendant was released on bail with multiple conditions including pretrial services supervision in the Eastern District of New York – the defendant currently resides in Brooklyn, NY. It was the intention of the Court to order specific travel restrictions for NY and NH for court purposes only; however, this item was inadvertently not included on the Order Setting Conditions of Release. Therefore, I respectfully request that the Court modify the conditions to include "The defendant shall restrict travel to the State(s) of New Hampshire, for court purposes only, and New York. Any other travel must be pre-approved by the supervising officer." Counsel for the government assents to this request. Counsel for the defendant is out of the office this week, and therefore, the probation officer was unable to obtain his assent.

Reviewed by:

*Jodi L. Gauvin*

_____   02/24/2014
Jodi L. Gauvin                   Date
Supervising U.S. Probation Officer

cc:  Arnie Huftalen, Esquire
     Paul Garrity, Esquire