UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

      v.                                                      No. 1:14-mj-26-SM

ALMAROOF YUSUF,
RAHEEM YUSUF,
KAYODE ADEGOKE,
CHIEMEKA IHEBOM, and
RODRIGUE PAYEN

**ASSENTED-TO MOTION TO CONTINUE AND EXTEND INDICTMENT DEADLINE
30 DAYS, TO APRIL 17, 2014, PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)**

      The United States of America, with the explicit assent of the defendants, through defense counsel, respectfully requests a continuance and extension of the period within which to return an indictment in this matter for thirty (30) days to **April 17, 2014**, pursuant to 18 U.S.C. § 3161(h)(8)(A).   As grounds for this motion, the government asserts the following:

      1.      The defendants were charged by Criminal Complaint.   They were arrested and their Initial appearances were held, pursuant to Fed. R. Crim. P. 5, on February 12, 2014.

      2.      The government and the defendants are presently discussing the possible disposition of this case by pre-indictment plea agreement, which the parties believe may be in their mutual interest.   Under the terms of the Speedy Trial Act, this case must be indicted 30 days from the date of the initial appearance, plus any excludable time.   See 18 U.S.C. § 3161(b).

      3.      It is the position of the parties that the ends of justice will be best served by this continuance in that it will allow the parties additional time in which to attempt to arrange a pre-indictment disposition of this matter, thereby conserving judicial, grand jury, defense and governmental resources.   It is the position of the parties that the interests of justice served by the requested continuance outweigh the interests of the defendant and the public in a speedy

indictment.

    4.    The parties further request that the Court enter an order excluding the time period from the date of this motion, March 14, 2014 through **April 17, 2014,** from the Speedy Trial Act calculations with respect to this case.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that this Honorable Court:

    A.    Grant a continuance of the period within which to return an indictment in this matter for 30 days to **April 17, 2014,** in the interests of justice; and,

    B.    Exclude time from the Speedy Trial Act calculations as requested above.

March 14, 2014                                      Respectfully submitted,

                                                                 John P. Kacavas
                                                                 United States Attorney

                              By:    /s/ Arnold H. Huftalen
                                        Assistant U.S. Attorney
                                        53 Pleasant St., 4th Floor
                                        Concord, NH 03301
                                        (603) 225-1552
                                        arnold.huftalen@usdoj.gov

## CERTIFICATE OF ASSENT & CONCURRENCE

I certify that all five (5) the defendants, through defense counsel, assent to the relief sought. I further certify that a copy of this Motion is being served upon all defense counsel via ECF Filing Notice this date, March 14, 2014.

                                                          /s/ Arnold H. Huftalen
                                                          Assistant U.S. Attorney