UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE



UNITED STATES

V.

RAHEEM YUSUF

DOCKET NO. 14-mj-26-SM

## WAIVER OF SPEEDY TRIAL

I, Raheem Yusuf, of Brooklyn, NY, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 04/1/2014

_____
Raheem Yusuf

_____
Paul J. Garrity