UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.                                                    DOCKET NO. 14-MJ-00026-SM

RAHEEM YUSUF


WAIVER OF SPEEDY TRIAL


I, Raheem Yusuf, waive my right to a speedy trial with respect to the above captioned case.  I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver.  Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.


DATE: 2/19/14                         _____
                                      Raheem Yusuf


                                      _____
                                      Paul J. Garrity