UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.                                                    DOCKET NO. 14-MJ-00026-SM

RAHEEM YUSUF

### WAIVER OF SPEEDY TRIAL

I, Raheem Yusuf, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 06/16/14                                     _____
                                                    Raheem Yusuf

                                                    _____
                                                    Paul J. Garrity